UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSPREY UNDERWRITING AGENCY, LTD, ET AL. | * * | CIVIL ACTION |
| VERSUS | * * * | NO.: 2:13-cv-00211<br>c/w 2:13-cv-05792<br>c/w 2:13-cv-05905 |
| M/V NATURES WAY COMMANDER, ET AL. | * * * | (pertains to 2:13-cv-00211 and 2:13-cv-05792) |
| | * * | (B) JUDGE IVAN LEMELLE |
| | * | (5) MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, Osprey Underwriting Agency, Ltd., for and on behalf of certain Underwriters at Lloyd's of London and as subrogee of Crown Point Holdings, L.L.C., and C&J of Crown Point, L.L.C., who hereby gives notice of its intent to Appeal the Judgment of the Court issued on June 11, 2015 (Doc. 107). In accordance with FRAP Rule 4, Plaintiff timely files this Notice of Appeal and submits that it seeks appellate review by the United States Fifth Circuit Court of Appeals of the decision of the Eastern District of Louisiana dismissing its subrogation recovery claim, as more fully set forth in the Ruling (Doc. 103), issued on February 27, 2015, and the Reasons for Ruling (Doc. 106), issued on June 11, 2015, and made subject of this Appeal.

Plaintiff, Osprey Underwriting Agency, Ltd., does hereby request, in accordance with FRAP Rule 3(d), that the district clerk serve notice of the filing of this Notice of Appeal to

2104883-1

Defendants, Nature's Way Marine, L.L.C. and the M/V NATURES WAY COMMANDER, through their counsel of record. Plaintiff also requests that the district clerk promptly send a copy of the Notice of Appeal and the docket entries to the Clerk of the United States Fifth Circuit Court of Appeals, and so designate thereon the date on which this Notice of Appeal was filed. Finally, with this filing of the Notice of Appeal, Plaintiff has mailed the $505 filing fee to the District Clerk for the Eastern District of Louisiana.

WHEREFORE, Plaintiff requests that this Notice of Appeal be received into the record and served on defendants, and that the Clerk process this appeal pursuant to the Federal Rules of Appellate Procedure.

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

/s/ Scott S. Soule

---

SCOTT A. SOULE – Bar #20379
ssoule@bluewilliams.com
JOSEPHINE A. HOOD-Bar #33894
jhood@bluewilliams.com
1060 West Causeway Approach
Mandeville, LA  70471
Telephone:  (504) 830-4977
Facsimile:   (504) 849-3883
ATTORNEY FOR Plaintiffs,
Osprey Underwriting Agency, Ltd., Crown Point Holdings, L.L.C. and C&J of Crown Point, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2015, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to opposing counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

/s/ Scott A. Soule
_____
Scott A. Soule