UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

OSPREY UNDERWITING AGENCY, LTD.     CIVIL ACTION 2:13-cv-00211
                                                                                 c/w 2:13-cv-05792
                                                                                 c/w 2:13-cv-05905

VERSUS                               (B) JUDGE IVAN LEMELLE

M/V NATURE'S WAY COMMANDER ET AL    (5) MAGISTRATE MICHAEL NORTH

<u>NOTICE OF APPEAL</u>

NOW INTO COURT, through undersigned counsel, comes Crown Point Holdings, L.L.C. and C & J of Crown Point, L.L.C., uninsured interest plaintiffs in the above matters, who hereby give Notice of their Intent to appeal the Judgment of Hon. Ivan Lemelle, U.S. District Judge, issued on June 11, 2105 (Doc. 107). In accordance with FRAP Rule 4, plaintiffs above file Notice of Appeal on the issues listed below and seek appellate review by the U.S. Fifth Circuit Court of Appeals of Judge Lemelle's decision dismissing al uninsured claims with regard to the sinking of the M/V Port Gibson, as set forth in the Court's ruling (Doc. 103), issued on February 27, 2015 and the Reasons for Ruling (Doc. 106), issued on June 11, 2015, and made subject of this appeal. The parties herein *do not appeal* the portion of the decision of Judge Lemelle granting them judgment as to the initial collision of M/V *Nature's Way Commander* with two small land-based barges as to which defendants had stipulated

liability and as to which Judge Lemelle granted a judgment and payment on that portion of the judgment is being made by the *Nature's Way Commander*'s underwriters as of the time of this Notice of Appeal.

Appellants request in accordance with FRAP Rule 3(d) that the district clerk serve of the filing of this Notice of appeal to defendants, Nature's Way Marine, L.L.C., and the M/V *Nature's Way Commander* through their counsel of record. Plaintiff also requests that the district clerk promptly send a copy of the Notice of appeal and docket entries to the Clerk of the United States Fifth Circuit Court of Appeals, and designate the day thereon on which this Notice of Appeal was filed.

The $5.00 filing fee for Notice of Appeal and $500.00 appeal fee to the U.S. Court of Appeal is being filed July 10, 2015 with the Cashier of this Court.

WHEREFORE, Plaintiffs (uninsured interests) Crown Point Holdings, L.L.C., C & J of Crown Point, L.L.C. and Joseph Dardar request this Notice of Appeal be received into the record and served on all parties to this action and that the clerk process said appeal pursuant to the Federal Rules of Civil Procedure.

```
_____
OVERTON T. HARRINGTON, JR.(TA)(6599)
718 3rdStreet, Gretna, LA 70053
Tel.: 504-232-0236; fax: 504-366-2105
E-Mail: ovrtharrington@aol.com
Attorney for Plaintiffs-Appellants
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OSPREY UNDERWITING AGENCY, LTD.        CIVIL ACTION 2:13-cv-00211
                                       c/w 2:13-cv-05792
                                       c/w 2:13-cv-05905
VERSUS
                                       (B) JUDGE IVAN LEMELLE
M/V NATURE'S WAY COMMANDER ET AL       (5) MAGISTRATE MICHAEL NORTH

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on the 10th day of July, 2015, the foregoing Notice of Appeal was filed with the Clerk of Court and served on all parties through the Court's electronic filing system.

_____
OVERTON T. HARRINGTON, JR.